IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NRA GROUP, LLC, : | | |
|    Plaintiff : | | No. 1:21-cv-00715 |
| : | | |
| v. : | | (Judge Kane) |
| : | | |
| NICOLE DURENLEAU and JAMIE : | | |
| BADACZEWSKI, : | | |
|    Defendants : | | |

## ORDER

**AND NOW**, on this 1st day of March 2022, upon consideration of Plaintiff NRA Group, LLC ("Plaintiff")'s motion for attorney fees and expenses (Doc. No. 26) and the parties' arguments in support thereof and opposition thereto (Doc. Nos. 27, 32, 36, 53, 55, 56), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's motion (Doc. No. 26) is **GRANTED IN PART and DENIED IN PART**. **IT IS FURTHER ORDERED THAT** Plaintiff is awarded the sum of $10,587.50 in attorneys' fees in connection with its motion for a protective order, and, as previously ordered by the Court (Doc. No. 47 at 8-9), Defendants' counsel is responsible for payment of that sum to Plaintiff, within thirty (30) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania